**MAYER BROWN LLP**
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

DAVID J. LIZMI (*pro hac vice*)
dlizmi@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 252-1910

KEVIN RANLETT (*pro hac vice*)
kranlett@mayerbrown.com
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 263-3300
Facsimile: (202) 263-3300

*Attorneys for Defendant,*
*FIRST AMERICAN FINANCIAL CORPORATION*

*(Plaintiff's counsel listed on next page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GLICKMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Defendant. | Case No.: 8:24-cv-01369-JAK-JPR<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Judge:   Hon. John A. Kronstadt<br><br>Action filed:   June 21, 2024<br>Hearing Date: March 2, 2026<br>Time:   8:30 a.m. |

1  **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
2  John J. Nelson (SBN 317598)
   jnelson@milberg.com
3  280 S. Beverly Drive
   Beverly Hills, CA 90212
4  Telephone: (858) 209-6941

5  *Attorneys for Plaintiff William Glickman*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff William Glickman ("Plaintiff") and Defendant First American Financial Corporation ("Defendant") (together with "Plaintiff," the "Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on November 21, 2025, Defendant filed its Motion to Dismiss, Motion to Compel Arbitration, and Motion to Strike in response to Plaintiff's First Amended Complaint;

WHEREAS, on January 5, 2026, Plaintiff filed his oppositions to the Motion to Dismiss, Motion to Compel Arbitration, and Motion to Strike along with a Motion for Jurisdictional Discovery;

WHEREAS, under Standing Order Rule 9, Defendant's opposition to Plaintiff's Motion for Jurisdictional Discovery is due January 20, 2026;

WHEREAS, under the Court's Order granting the Parties' stipulated briefing schedule at Dkt. 58, Defendant's reply briefs to its Motion to Dismiss, Motion to Compel Arbitration, and Motion to Strike are due January 26, 2026;

WHEREAS, the Parties are currently engaged in settlement negotiations to resolve this litigation and intend to use this stay of the proceedings in hopes of furthering those negotiations;

WHEREAS, staying this case pending the Parties' settlement negotiations will conserve judicial resources without prejudicing any Party;

WHEREAS, the Court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997);

WHEREAS, the Parties therefore respectfully submit that this case be stayed sixty (60) days up to and including March 17, 2026 to give Parties time to resolve remaining issues pertaining to settlement.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. All proceedings and deadlines shall be stayed in this action for sixty (60) days up to and including March 17, 2026;

**IT IS SO STIPULATED.**

Dated: January 16, 2026

Respectfully submitted,

MAYER BROWN LLP

By: */s/ John Nadolenco*
John Nadolenco

Attorneys for Defendant
First American Financial Corporation

I, John Nadolenco, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.

Dated: January 16, 2026

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By:*/s/ John J. Nelson*
John J. Nelson

Attorneys for Plaintiff
William Glickman