John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive-PH Suite
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*
*And the putative class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILIAM GLICKMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 8:24-cv-01369-JAK-JPR<br><br>(Assigned to the Hon. John A. Kronstadt)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action filed: June 21, 2024 |

The Court's order dated January 16, 2026, directed the parties to file a joint report regarding the procedural status of finalizing the settlement and the anticipated date by which the parties will request the dismissal of this action. ECF No. 67. In accordance with that order, the parties hereby notify the Court that they have reached a settlement and jointly request that the Court maintain the stay of proceedings for an additional thirty (30) days to allow the parties to finalize and execute the document memorializing the settlement. The parties anticipate that Plaintiff will file his request for dismissal with prejudice of his individual claims by April 8, 2026.

1758103317.2

DATED:  March 10, 2026

**MILBERG, PLLC**

By:  */s/ John J. Nelson*
John J. Nelson (SBN: 317598)

*Attorneys for Plaintiff*
*William Glickman*

**MAYER BROWN LLP**

DATED:  March 10, 2026

By:  */s/ David J. Lizmi*
David J. Lizmi (admitted *pro hac vice*)

*Attorneys for Defendant*
*First American Financial Corporation*

*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2), John J. Nelson hereby attests that concurrence in the filing of this document, and its contents was obtained from all signatories listed above.*