JOHN J. NELSON (SBN 317598)
**MILBERG, PLLC**
280 S. BEVERLY DRIVE, PENTHOUSE SUITE
BEVERLY HILLS, CA 90212
TELEPHONE: (858) 209-6941

*Attorneys for Plaintiff*
*And the putative class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILIAM GLICKMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 8:24-cv-01369-JAK-JPR<br><br>(Assigned to the Hon. John A. Kronstadt)<br><br>**STIPULATION  OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>**STIPULATED PER STANDING ORDER**<br><br>Action filed: June 21. 2024 |

Plaintiff William Glickman ("Plaintiff") and Defendant First American Financial Corporation ("Defendant"), by and through their respective counsel of record, stipulate and agree, that the action should be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). Each party shall bear its own fees and costs.

1

STIPULATION  OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED.

DATED:  May 26, 2026           MAYER BROWN LLP

By: */s/ John Nadolenco*

John Nadolenco (SBN 181128)
David J. Lizmi (admitted *pro hac vice*)
*Attorneys for Defendant*
*First American Financial Corporation*

DATED:  May 26, 2026           MILBERG, PLLC

By: */s/ John J. Nelson*

John J. Nelson (SBN: 317598)

*Attorneys for Plaintiff*
*William Glickman*

*Filer's Attestation:  Pursuant to Local Rule 5-4.3.4(a)(2), John J. Nelson hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

STIPULATION  OF DISMISSAL WITH PREJUDICE