JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM GLICKMAN,<br>Plaintiff,<br>v.<br>FIRST AMERICAN FINANCIAL CORPORATION,<br>Defendant. | No. 8:24-cv-01369-JAK (JPRx)<br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) (DKT. 28)**<br>**[JS6: CASE TERMINATED]** |

Based on a review of the Stipulation of Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), Dkt. 74 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs. All pending dates, deadlines, hearings, and appearances are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: May 26, 2026

John A. Kronstadt
United States District Judge